AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHALS
MFL JACKSONVILLE
2019 NOV 19 PM 4:48

2019 DEC -3 PM 2:28
FILED

In the Matter of the Extradition of
Aleksandr ROTKO

Case No. 3:19-mc-27-J-39JRK

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Aleksandr ROTKO,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Being a fugitive from Estonia, which has sought his extradition on charges of using the movable property of another, and damage and destruction of government property, in violation of sections 201(2)(4) and 203 of the Estonian Penal Code, pursuant to the extradition treaty between the United States and Estonia, and Title 18, United States Code, Section 3184

Date: 11-19-2019

City and state: Jacksonville, Florida

Issuing officer's signature
James R. Klindt
U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 11/19/19, and the person was arrested on (date) 12/3/19
at (city and state) St Johns, FL.

Date: 12/3/19

Arresting officer's signature
Ricky Tipple, Deputy
Printed name and title