UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF THE
EXTRADITION OF               Case No. 3:19-mc-27-J-39JRK
ALEKSANDR ROTKO
_____

**UNITED STATES' NOTICE OF FILING ADDITIONAL MATERIALS
IN SUPPORT OF EXTRADITION REQUEST**

The United States of America, through the undersigned Assistant United States Attorney, files the following additional materials, which are attached, in support of the request for certification of the extraditability of Aleksandr Rotko:

1. Estonian prosecutor's response dated December 16, 2019, to inquiries from the Department of Justice Office of International Affairs.

2. Estonian prosecutor's response dated December 17, 2019, to inquiries from the Department of Justice Office of International Affairs.

2. Estonian Ministry of Justice cover letter dated December 19, 2019, transmitting the above responses.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Arnold B. Corsmeier*
ARNOLD B. CORSMEIER
Assistant United States Attorney
Florida Bar No. 869139
300 N. Hogan Street, Suite 700
Jacksonville, FL  32202-4270
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:   chip.corsmeier@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

O. David Barksdale, Esq.
Marcos D. Jimenez, Esq.
John R. Byrne, Esq.

*/s/ Arnold B. Corsmeier*
ARNOLD B. CORSMEIER
Assistant United States Attorney