UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILE DIVISION

| IN THE MATTER OF THE | ORDER SETTING CONDITIONS |
| EXTRADITION OF | OF RELEASE |
| ALEKSANDR ROTKO | |

Case No. 3:19-mc-27-J-39JRK

**IT IS ORDERED** that the release of Mr. Rotko is subject to the following conditions:

(1) Mr. Rotko **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations or convictions to
✓ Pretrial Services ____ Probation Office immediately.

(2) Mr. Rotko shall report any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop to
✓ Pretrial Services ____ Probation Office immediately.

(3) Mr. Rotko **shall remain at the address provided to** ✓ **the Court**
____ Pretrial Services ____ Probation Office, and shall not change that address without prior permission from the ✓ Court ____ Pretrial Services ____ Probation Office.

(4) Mr. Rotko **shall appear** at all proceedings as required and shall surrender in the event extradition is ordered. Mr. Rotko shall next appear ✓ **before** James R. Klindt, 300 North Hogan Street, Courtroom 5D, Jacksonville, Florida, on April 16, 2020 at 10:00 AM ____ upon notification of the Clerk of Court.

Interpreted by _____

-1-

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of Mr. Rotko and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of Mr. Rotko is subject to the conditions set forth below:

(5) **Financial Conditions:**

✓ Mr. Rotko shall execute a **Secured Appearance Bond**, co-signed by surety <u>Russ Walters</u>, binding Mr. Rotko and the surety to pay the United States of America the sum of **$ 1 million**, with <u>**a corporate surety bond in the amount of $1 million**</u> **deposited with the Registry of the Clerk of Court, on or before _____, in the event of a failure to appear as required or to surrender as directed in the event extradition is ordered or for failure to obey any and all of the other conditions of release imposed herein.**

(6) **CUSTODIANSHIP**

Mr. Rotko is placed in the custody of _____ who agrees: (a) to supervise Mr. Rotko in accordance with all the conditions of release; (b) to use every effort to assure the appearance of Mr. Rotko at all scheduled court proceedings; and (c) to notify the Court immediately in the event Mr. Rotko violates any conditions of release or disappears.

_____ Signed_____
Date                                                                Custodian or Proxy

Address:_____

_____

_____

Telephone:_____

(7) **Specific Conditions: Mr. Rotko shall:**

✓ A. Report on a regular basis to **Pretrial Services Office** as directed by the Pretrial Services Officer.

\_\_\_ B. Maintain or actively seek lawful employment.

\_\_\_ C. Maintain or commence an educational or vocational program.

✓ D. Abide by the following restrictions on travel: **Mr. Rotko's travel is restricted to** the Jacksonville Division, Middle District of Florida.

   ✓ Mr. Rotko's travel may be modified by the Pretrial Services Officer.

   ✓ Mr. Rotko will be permitted to travel from the Jacksonville Division to Miami, Florida for consultation with counsel or ~~any scheduled court appearances in the~~ with prior permission from Pretrial Services.

___ E. Avoid all contact, directly or indirectly, outside the presence of counsel with the following persons: _____

✓ F. Comply with the following curfew: **Mr. Rotko must be in ✓ his ___ her residence between the hours of** 8:00 PM and 6:00 AM.

   ✓ Mr. Rotko's curfew may be modified by the Pretrial Services Officer.

___ G. Comply with the following curfew: **Mr. Rotko must be in the residence of the third party custodian between the hours of** _____.

   ___ Mr. Rotko's curfew may be modified by the Pretrial Services Officer.

___ H. Refrain from possessing a firearm, destructive device, or other dangerous weapon.

___ I. Refrain from ___ **any** ___ **excessive** use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C § 802 unless prescribed by a licensed medical practitioner.

___ J. Continue or undergo medical or psychiatric treatment as needed as directed by Mr. Rotko's Pretrial Services Officer.

___ K. Submit to _____ a psychiatric evaluation and treatment _____ mental health evaluation and treatment as directed by the Pretrial Services Office, with cost borne by Mr. Rotko as determined by the Pretrial Services Office.

___ L. Undergo drug testing, urinalysis testing, education, and treatment as directed by the Pretrial Services Office with the cost borne by Mr. Rotko as determined by the Pretrial Services Office.

___ M. Submit to any method of testing required by the Pretrial Services Office or the Supervising Officer for determining whether Mr. Rotko is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Mr. Rotko shall be financially responsible for this program to the extent determined by the Pretrial Services Office.

___ N. Refrain from obstructing or attempting to obstruct, adulterate, dilute or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

✓ O. Surrender passport to ~~the Clerk of Court by~~ Mr. Barksdale immediately, and not apply for or obtain a new or replacement passport, or any other travel document.

___ P. Not use any credit or credit access devices or incur any charge on credit, unless pre-approved by the Pretrial Services Officer.

___ Q. Not be involved in any financial transactions involving the use of checks and not use any credit or credit access devices or incur any charge on credit.

___ R. Continue to abide by the Standard Terms and any Special Terms of Supervision of Probation in the Judgment in a Criminal Case (Doc. No. ___), filed in this case on _____.

___ S. Continue to abide by the Standard Conditions and any Special Conditions of Supervision in the Judgment in a Criminal Case (Doc. No. ___), filed in this case on _____.

✓ T. Participate in the electronic monitoring program under the direction of Pretrial Services. Costs to be contributed by Mr. Rotko at the direction of Pretrial Services.

___ U. Participate in the following home confinement program component and abide by all of the requirements of the program which will include either electronic monitoring or global positioning system under the direction of Pretrial Services. Costs to be contributed by Mr. Rotko at the direction of Pretrial Services.

Comply with the following curfew: **Mr. Rotko must be in the third party Custodian's residence at all times except for attorney visits; medical appointments; religious services; court appearances; court ordered**

obligations; or other activities, including employment, as pre-approved by the Pretrial Services Officer.

___ V. Not possess or use any computer or access the internet or possess or use any cellular telephone or other devices that have internet access capabilities.

    ___ Pretrial Services may pre-approve Mr. Rotko's use or access of a computer having internet access capabilities solely for seeking employment or employment related matters.

___ W. Submit to inspections of any computer(s) or electronic device(s) to ensure that it does not have the capability to access the internet.

___ X. Not have any contact with minors without direct supervision of a responsible adult.

___ Y. Not enter or visit any areas or locations where children regularly congregate, including but not limited to schools, child care facilities, libraries, parks, playgrounds, and shopping malls.

___ Z. Not have any direct or indirect contact outside the presence of counsel with victims, witnesses or family of victims or witnesses.

(8) **Special Condition(s):**

_____
_____
_____
_____

(9) **Prior to Mr. Rotko's Release:**

___ A. Mr. Rotko shall suggest a third party custodian and a hearing must be conducted for the Court to find the third party custodian suitable.

    ___ A third party custodian hearing was held and the court is satisfied with the third party custodian.

✓ B. The Court must conduct a hearing to determine the source of collateral being utilized in posting the bond.

    ✓ A hearing was held and the Court is satisfied that the requirements have been met as to the source of collateral being utilized in posting the bond.

## ADVICE OF PENALTIES AND SANCTIONS

**TO MR. ROTKO:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness or officer of the court. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, or to retaliate against a witness, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender as ordered, you may be prosecuted for failing to appear or surrender and punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Mr. Rotko

I, Aleksandr Rotko, acknowledge that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender in the event extradition is ordered. I am aware of the penalties and sanctions set forth above.

Date: January 29, 2020

Signature of Mr. Rotko

54 Sugar Sand Ln
Address

St Johns FL    904-814-5436
City and State    Telephone

## DIRECTIONS TO UNITED STATES MARSHAL

( ) Mr. Rotko is **ORDERED** released after processing.

(✓) The United States Marshal is **ORDERED** to keep Mr. Rotko in custody until notified by the clerk or judicial officer that Mr. Rotko has posted bond and/or complied with all other conditions of release. Mr. Rotko shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 1-29-20

JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Corsmeier)
Marcos Daniel Jiminez, Esquire
John Richard Byrne, Esquire
O. David Barksdale, Esquire
Allan F. Brooke, II, Esquire
U.S. Marshals Service
U.S. Pretrial Services
Aleksandr Rotko
Third Party Custodian(s) (if any)