# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN THE MATTER OF THE
EXTRADITION OF ALEKSANDR
ROTKO

Case No. 3:19-mc-27-J-39JRK

## SECURED APPEARANCE BOND

I, Aleksandr Rotko, and I, the undersigned surety, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of **$1 million**, and there has been deposited into the Registry of the Court **a corporate surety bond in the amount of $1 million**. This bond is to secure attendance of Mr. Rotko at all further proceedings as well as to secure compliance with all other conditions of the Order Setting Conditions of Release.

The conditions of this bond are that **Aleksandr Rotko** is to appear before this Court and at such other places as Mr. Rotko may be required to appear, in accordance with any and all orders and directions relating to Mr. Rotko's appearance in this case, including appearance for violation of a condition of Mr. Rotko's release as may be ordered or notified by this court or any other United States District Court to which Mr. Rotko may be held to answer or the cause transferred. Mr. Rotko is to abide by any judgment entered in such matter by surrendering if extradition is ordered and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If Mr. Rotko appears as ordered, or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if Mr. Rotko fails to obey or perform any of these conditions, the surety will have the immediate obligation to pay the full amount of the bond. Forfeiture of this bond for any breach of its conditions may be declared by any such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion of such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the applicable rules and any other laws of the United States.

This bond is signed on January 29th, 2020 at Jacksonville, Florida.

Aleksandr Rotko _[signature]_
Telephone 904-814-54-36
Address 54 Sugar Sand Ln, St Johns FL 32259

Corporate Surety The Bail Bond firm
Agent, Russ Walters _[signature]_
Telephone 305-545-9888
Address 1390 NW 16 Street, Miami, Florida 33125

Allegheny Casualty Company
26560 Agoura Rd #100
Calabasas, California 91302
800-935-2245

Signed and acknowledged before me on January 29, 2020.

Interpreted by _[signature]_
Deputy Clerk: Megan D. Chaddock