UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF THE EXTRADITION
OF ALEKSANDR ROTKO        Case No. 3:19-mc-27-J-39JRK

_____/

### ALEKSANDR ROTKO'S NOTICE OF FILING REGARDING SUBSEQUENT DEVELOPMENTS IN THE ESTONIAN CRIMINAL MATTER UNDERLYING THIS EXTRADITION CASE

Aleksandr Rotko submits this notice regarding recent developments in the former criminal matter pending in Estonia against him. In support of this notice, Mr. Rotko states as follows:

1. In mid-June 2020, Mr. Rotko's counsel received an unsolicited email from Mr. Marek Soomaa, the District Prosecutor of the Northern District Prosecutor's Office who is handling the Estonian criminal matter against Mr. Rotko that is the subject of this extradition case.[1]

2. Mr. Soomaa offered to terminate the Estonian criminal matter against Mr. Rotko upon payment of an agreed sum to the Republic of Estonia. Mr. Soomaa represented that by entering into an agreement to terminate the Estonian criminal matter, Mr. Rotko would not admit any guilt and the settlement would not be a determination of his guilt. Mr. Soomaa also confirmed that the settlement would not result in a criminal conviction or record, and that this extradition case against Mr. Rotko would be dismissed.

3. After some negotiation, Mr. Rotko paid an agreed amount to the Estonian Ministry of Finance, without admitting any guilt and while fully maintaining his innocence. Subsequently, Mr. Soomaa forwarded to counsel for Mr. Rotko the attached order terminating the Estonian

_____

[1] The Court may recall that Mr. Soomaa previously submitted declarations in support of the extradition complaint in this case.

1

criminal proceedings against Mr. Rotko ("Termination Order") (attached as Exhibit "A"), as well as the attached "Order on the release of the person held in custody" ("Release Order") (attached as Exhibit "B"). The Release Order provides that the grounds for taking Mr. Rotko into "preventive custody have ceased to exist" and that the Estonian preventive measure of taking Mr. Rotko into custody shall be annulled. Furthermore, the Release Order provides that the request to extradite Mr. Rotko shall be waived.

4.     On July 13, 2020, Mr. Rotko's counsel forwarded the Termination Order and the Release Order to AUSA Corsmeier. Mr. Rotko's counsel also requested that the government dismiss this extradition case and agree to the termination of Mr. Rotko's bond.

5.     On August 11, 2020, Mr. Soomaa confirmed in writing that (i) the "criminal proceedings against A. Rotko have been terminated," (ii) he has "issued a request to end the search for A. Rotko in the context [sic] the criminal proceedings," and (iii) the Estonian "case has been closed." *See* email from Mr. Soomaa attached as Exhibit C.

6.     Although the United States has agreed to the termination of Mr. Rotko's bond conditions, it has not yet dismissed the extradition complaint. AUSA Corsmeier has advised counsel for Mr. Rotko that the government is waiting to receive a formal diplomatic note from the Republic of Estonia withdrawing the extradition request and that he will dismiss the complaint as soon as he gets approval from DOJ's Office of International Affairs ("OIA") to that effect.

7.     For his part, Mr. Soomaa has confirmed that he has provided to the Estonian Ministry of Justice the necessary documents to end the extradition case but has no information as to whether the Estonian Ministry of Justice has communicated with the U.S. Department of Justice. *See* Exhibit "C."

8.	Most recently, on August 24, 2020, AUSA Corsmeier advised counsel for Mr. Rotko that OIA has learned that Estonia's Ministry of Justice submitted the request to withdraw the extradition to Estonia's Ministry of Foreign Affairs on August 14, 2020. AUSA Corsmeier further advised that he would be able to file the motion to dismiss the complaint as soon as the Estonian Ministry of Foreign Affairs sends the withdrawal request to the State Department.

9.	In the international arbitration matter commenced against the Republic of Estonia by Mr. Rotko's company, counsel for Estonia submitted the following report to the arbitration panel on August 21, 2020, maintaining that diplomatic notification has already occurred:

> The Respondent, specifically the department of international judicial cooperation at the Ministry of Justice, notified its U.S. colleagues already on 13 July 2020 of the withdrawal of the extradition request in view of the termination order of the criminal proceedings against A. Rotko. The communication was followed by a notification via diplomatic channels. The Respondent cannot thus explain why the U.S. prosecutors have informed A. Rotko's counsel that the extradition request remains active, nor can the Respondent be held responsible for the general delays of the Claimant's home jurisdiction in conducting these extradition proceedings that Estonia initiated in 2012.

10.	Mr. Rotko believes there is no further reason to continue this extradition case.

Respectfully submitted, August 25, 2020.

> BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
> Professional Association
>
> By: /s/ Oliver David Barksdale
> Oliver David Barksdale
> Florida Bar No. 0957331
> E-Mail: odb@bedellfirm.com
> Allan F. Brooke, II
> Florida Bar No. 0994413
> afb@bedellfirm.com
> 101 East Adams Street
> Jacksonville, FL 32202
> Telephone: (904) 353-0211
> Facsimile: (904) 353-9307

Marcos Daniel Jiménez
Florida Bar No. 441503
mdj@mdjlegal.com
MARCOS D. JIMÉNEZ, P.A.
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
305 772-6062 T

Counsel for Aleksandr Rotko

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 25, 2020, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing

to:

Arnold B. Corsmeier
Assistant United States Attorney
Office of the United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202
chip.corsmeier@usdoj.gov

　/s/ Oliver David Barksdale
Attorney