UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF THE EXTRADITION
OF ALEKSANDR ROTKO

Case No. 3:19-mc-27-J-39JRK

_____/

**JOINT MOTION FOR CONTINUANCE OF EXTRADITION HEARING**

Aleksandr Rotko and the Government move for a continuance of the extradition hearing currently scheduled for September 17, 2020 at 10:00 a.m. (continuing if necessary to September 18, 2020 at 10:00 a.m.).

1. The parties have notified the Court in previous filings that they anticipate the Government moving for dismissal of the extradition Complaint (Docs. 68, 70 and 72).

2. The parties are mindful that this Court has reserved two days for an extradition hearing that neither party now expects to take place.

3. As such, the parties move to continue the extradition hearing. The parties suggest that the Court either cancel the September 17, 2020 and September 18, 2020 hearings without rescheduling, or to reschedule the extradition hearing for some time in 2021.

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Arnold B. Corsmeier
   Arnold B. Corsmeier
   Assistant United States Attorney
   Florida Bar No. 869139
   300 N. Hogan St., Ste. 700
   Jacksonville, FL 32202-4270
   Telephone: (904) 301-6300
   Facsimile: (904) 301-6310
   E-Mail: chip.corsmeier@usdoj.gov

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
Professional Association

By: /s/ Oliver David Barksdale
   Oliver David Barksdale
   Florida Bar No. 0957331
   E-Mail: odb@bedellfirm.com
   Allan F. Brooke, II
   Florida Bar No. 0994413
   afb@bedellfirm.com
   101 East Adams Street
   Jacksonville, FL 32202
   Telephone: (904) 353-0211
   Facsimile: (904) 353-9307

Marcos Daniel Jiménez
Florida Bar No. 441503
mdj@mdjlegal.com
MARCOS D. JIMÉNEZ, P.A.
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
305 772-6062 T

Counsel for Aleksandr Rotko

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Arnold B. Corsmeier
Assistant United States Attorney
Office of the United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202
chip.corsmeier@usdoj.gov

                                             /s/ Oliver David Barksdale
                                             Attorney