UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN THE MATTER OF THE
EXTRADITION OF                        Case No. 3:19-mc-27-J-39JRK
ALEKSANDR ROTKO

_____

**UNITED STATES' MOTION TO DISMISS
COMPLAINT FOR EXTRADITION**

The United States of America, through the undersigned Assistant United States Attorney, moves to dismiss its Complaint for Provisional Arrest With a View Toward Extradition (18 U.S.C. § 3184) (doc. 1) and to withdraw the request for the Court to certify Aleksandr Rotko's extradition to the Secretary of State, as set forth in the United States' Memorandum of Law in Support of Extradition (doc. 55). On September 10, 2020, the Department of Justice Office of International Affairs ("OIA") received from Estonian authorities the attached documents, which include the following statement from the Estonian Ministry of Justice:

> Due to the termination of the criminal proceedings in Estonia against Aleksandr Rotko, the grounds for taking the person into the preventive custody have ceased to exist. The Prosecutor's Office of the Republic of Estonia shall waive the request to extradite Aleksndr Rotko from the United States and therefore, the extradition request is withdrawn.

Although these documents have not yet been received by the State Department through diplomatic channels, OIA has authorized the undersigned to dismiss the extradition request. Accordingly, in light of Estonia's no longer seeking Rotko's extradition, the government requests that the Court dismiss the complaint and close this matter.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney


By: */s/ Arnold B. Corsmeier*
     ARNOLD B. CORSMEIER
     Assistant United States Attorney
     Florida Bar No. 869139
     300 N. Hogan Street, Suite 700
     Jacksonville, FL  32202-4270
     Telephone:  (904) 301-6300
     Facsimile:  (904) 301-6310
     E-mail:  chip.corsmeier@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    O. David Barksdale, Esq.
    Marcos D. Jimenez, Esq.

        */s/ Arnold B. Corsmeier*
        ARNOLD B. CORSMEIER
        Assistant United States Attorney