*Embassy of the Republic of Estonia*
*Washington, D.C.*

No. 10.1-13/ 22

    The Embassy of the Republic of Estonia presents its compliments to the United States Department of Justice Criminal Division Office of International Affairs and has the honor to forward enclosed Letter No. 12-1/584-7 from the Ministry of Justice of the Republic of Estonia.

    The Embassy of the Republic of Estonia avails itself of this opportunity to renew to the United States Justice Criminal Division Office of International Affairs the assurances of its highest consideration.

September 04, 2020
Washington, D.C.



U.S. Department of State
WASHINGTON, D.C.



REPUBLIC OF ESTONIA
MINISTRY OF JUSTICE

U.S. Department of Justice Criminal
Division Office of International Affairs
1301 New York Ave, NW 9th floor
Washington D.C. 20530
USA

Our Ref: 13.07.2020     No 12-1/584-7

**Waiver of the Extradition Request**

Ministry of Justice of Estonia with our letter No 12-1/13-2063-3 from 13.03.2013 presented to Your office an extradition request concerning Aleksandr Rotko (dob 27.02.1949).

Ministry of Justice of Estonia informs, that on 10th of July 2020 an order on the termination of criminal proceedings was prepared on the basis of § 202 (1) and (7) of the Code of Criminal Procedure pursuant to which Aleksandr Rotko received an obligation to pay a fixed sum into the public revenues. Aleksandr Rotko has performed an obligation in full.

Due to the termination of the criminal proceedings in Estonia against Aleksandr Rotko, the grounds for taking the person into the preventive custody have ceased to exist. The Prosecutor´s Office of the Republic of Estonia shall waive the request to extradite Aleksndr Rotko from the United States and therefore, the extradition request is withdrawn.

Ministry of Justice of Estonia thanks the U.S. Department of Justice for all the help and cooperation in this extradition matter.

Yours sincerely

Julia Deržilo
Adviser of International Judicial Co-operation Unit

Encl: on 2 pages

Ministry of Justice/ Suur-Ameerika 1/ 10122 Tallinn / ESTONIA/ +372 620 8100 /fax +372 620 8109/ info@just.ee / www.just.ee
Reg.no 70000898



**PROKURATUUR**

FOR INTERNAL USE
Notation made on 10 July 2020
Valid until 10 July 2095
Basis: Clauses 35 (1) 1) and 12) of the Public Information Act
Holder of information: PROSECUTOR'S OFFICE

## Order on the release of the person held in custody

| | |
|---|---|
| Date and place of preparation: | 10 July 2020, Tallinn |
| Official title and name of the person preparing the order: | District Prosecutor Marek Soomaa |
| Name of the authority: | Northern District Prosecutor's Office |
| Number of the criminal matter: | 06730000427 |
| Legal assessment of criminal offence: | section 203 of the Penal Code (subsection 203 (1) as of 1 January 2015) clauses 201 (2) 2) and 4) of the Penal Code (clauses 201 (2) 2) and 4) as of 1 January 2015) |
| Name of the suspect (personal identification code): | Aleksandr Rotko (34902270228) |

On 25 August 2007, the suspect Aleksandr Rotko (34902270228) was taken into custody by a ruling rendered in absentia.

On 10 July 2020, an order on the termination of criminal proceedings was prepared on the basis of subsections 202 (1) and (7) of the Code of Criminal Procedure pursuant to which Aleksandr Rotko received an obligation to pay a fixed sum into the public revenues. Aleksandr Rotko has performed the obligation in full. Due to the termination of the proceedings, the grounds for taking the person into preventive custody have ceased to exist. With respect to the annulment of the preventive measure, the Prosecutor's Office of the Republic of Estonia shall waive the request to extradite Aleksandr Rotko from the United States of America.

Pursuant to subsection 134 (2) of the Code of Criminal Procedure, if the grounds for holding in custody cease to exist before a statement of charges is sent to a court pursuant to the procedure provided for in subsection 226 (3) of the said Code, a preliminary investigation judge or Prosecutor's Office shall release the person held in custody by an order.

In accordance with subsection 134 (2) of the Code of Criminal Procedure, the District Prosecutor

ordered:

1. The preventive measure of taking into custody applied with regard to Aleksandr Rotko (34902270228) shall be annulled.
2. An appeal may be filed against this order in accordance with the provisions of sections 228 and 229 of the Code of Criminal Procedure.

Marek Soomaa

The translator Martin Kala is aware of the diligence and confidentiality obligation pursuant to subsection 161 (6) of the Code of Criminal Procedure and the responsibility pursuant to sections 318 and 321 of the Penal Code.





**PROKURATUUR**

ASUTUSESISESEKS KASUTAMISEKS
Märge tehtud 10.07.2020
Juurdepääsupiirang kehtib kuni 10.07.2095
Alus: AvTS § 35 lg 1 p 1,12
Teabevaldaja: PROKURATUUR

## Vahistatu vabastamise määrus

| | |
|---|---|
| Koostamise kuupäev ja koht: | 10.07.2020, Tallinn |
| Koostaja ametinimetus ja nimi: | ringkonnaprokurör Marek Soomaa |
| Ametiasutuse nimi: | Põhja Ringkonnaprokuratuur |
| Kriminaalasja number: | 06730000427 |
| Kuriteo kvalifikatsioon: | KarS § 203 (alates 01.01.2015 § 203 lg 1) KarS § 201 lg 2 p 2, 4 (alates 01.01.2015 § 201 lg 2 p 2, 4) |
| Kahtlustatava nimi (isikukood): | Aleksandr Rotko ik 34902270228 |

25.08.2007.a võeti tagaselja vahi alla kuriteos kahtlustatav Aleksandr Rotko ik 34902270228.

Kriminaalasjas on koostatud KrMS § 202 lg 1 ja lg 7 alusel kriminaalmenetluse lõpetamise määrus 10.07.2020, millega pandi Aleksandr Rotkole kohustuseks tasuda riigituludesse kindel summa. Aleksandr Rotko on kohustuse täitnud. Menetluse lõpetamisest tulenevalt on ära langenud tõkendi vahistamine kohaldamise alus. Tulenevalt tõkendi tühistamisest loobub Eesti Vabariigi prokuratuur Aleksandr Rotko Ameerika Ühendriikidelt väljaandmise taotlemisest.

Vastavalt KrMS § 134 lõikele 2, kui vahistamise alus langeb ära enne süüdistusakti kohtusse saatmist KrMS § 226 lõikes 3 sätestatud korras, vabastab eeluurimiskohtunik või prokuratuur vahistatu määrusega.

Juhindudes KrMS § 134 lõikest 2, ringkonnaprokurör

määras:

1. Tühistada vahistatu Aleksandr Rotko ik 34902270228 tõkend vahistamine.
2. Määruse peale võib esitada kaebuse vastavalt KrMS §-de 228 ja 229 sätetele.

Marek Soomaa